# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

EDWARDO ZEPEDA,

    Plaintiff,

vs.

LAS VEGAS METROPOLITAN POLICE, DEPARTMENT, *et al.*,

    Defendants.

Case No. 2:16-cv-01170-RFB-GWF

**ORDER**

This matter is before the Court on Plaintiffs' failure to file a Certificate as to Interested Parties as required by LR 7.1-1. The Complaint (ECF No. 1) in this matter was filed on April 14, 2017. LR 7.1-1 requires that pro se parties and attorneys for private non-governmental parties must, upon entering a case, file a certificate as to interested parties, listing all persons, firms, partnerships or corporations, known to have a direct, pecuniary interest in the outcome of the case, including the names of all parent subsidiary, affiliate and/or insider of the named non-individual parties. If there are no known interested parties, other than those participating in the case, a statement to that effect must be filed. To date, Plaintiffs have failed to comply. Accordingly,

**IT IS ORDERED** that Plaintiff shall file his Certificate as to Interested Parties, which fully complies with LR 7.1-1 no later than **May 12, 2017.** Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 5th day of May, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge